UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JOHN ANTHONY,                                                                                   Plaintiff,

v.                                                              Civil Action No. 3:15-cv-797-DJH-DW

MAIN STREET ACQUISITION CORP.,                                                   Defendant.

\* \* \* \* \*

## ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 8), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice.  All dates and deadlines are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **forty-five (45) days** of the date of entry of this Order.  The Court will entertain a motion to redocket the action within forty-five (45) days of the date of entry of this Order in the event the settlement is not consummated.

December 11, 2015

**David J. Hale, Judge**
**United States District Court**